DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANNISSA APRILIA ECOCK,**
Appellant,

v.

**NICHOLAS JOSEPH ECOCK,**
Appellee.

No. 4D2024-1890

[November 6, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. FMCE22010027.

Kelly D. Feig, of The Law Office of Kelly D. Feig, P.A., Hallandale Beach, for appellant.

Melody Ridgley Fortunato, of Fortunato & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***